In the Matter of Supplementary Proceedings: BETTY CROSNEY, as Administratrix with the Will Annexed of SAM BERNARD, Deceased, Judgment Creditor, Appellant, v. ARMIN H. MITTLEMANN, Judgment Debtor, Impleaded with THOMAS KEOGH, Third Party, Respondent.— Order unanimously reversed, without costs, and the matter remitted to the Hon. James A. O'Gorman, official referee, to hear and report to the court at Special Term on the question whether the third party received and held the moneys disbursed by him as agent of the judgment debtor or as agent of the assignees, and the motion to punish for contempt to be then determined by the Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

WILLIAM A. SCHENCK, Respondent, v. JOSEPH MEYER, JR., and Another, Appellants, Impleaded with Another, Defendant.— Order unanimously modified by providing that the discovery and inspection be held at the office of the appellants, and as so modified affirmed, without costs. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL SCHULMAN, Respondent, v. UNITY HOSPITAL, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY VOSS and RUDOLPH C. BECKER, Doing Business under the Firm Name and Style of VOSS ICE MACHINE WORKS, Plaintiffs, v. CALVIN MORRIS CORPORATION, Defendant. DAVID LEAVENWORTH, the Receiver in Sequestration Proceedings of the Above Named Defendant CALVIN MORRIS CORPORATION, Appellant; WALL YORK REALTY CORPORATION, Movant, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. HYMAN HABER and IRA J. SCHUSTER, as Executors, etc., of JOSEPH HABER, Deceased, Appellants. (Action No. 1.) HYMAN HABER and IRA J. SCHUSTER, as Executors, etc., of JOSEPH HABER, Deceased, Appellants, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent. (Action No. 2.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL LEFKOWITZ, as Administrator, etc., of WILLIAM LEFKOWITZ, Deceased, Plaintiff, v. THE CITY OF NEW YORK, Defendant, Respondent, and GARVIN HAULING CONTRACTORS, INC., Defendant, and FRANK MASCALI & SONS, INC., Impleaded Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DELOS G. SMITH, Respondent, v. JOHN H. HILLMAN, JR., and Others, Appellants. — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, without prejudice to a motion for a commission on written interrogatories. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DELOS G. SMITH, Respondent, v. JOHN H. HILLMAN, JR., and Others, Appellants. — Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, without prejudice to a motion for a commission on written

interrogatories. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LAURA M. LEWIS (Deceased), a Relative of RUTH COSGROVE WELLER, an Incompetent Person (Deceased), Plaintiff, v. REUBEN WELLER, Deceased, Defendant, Appellant, FANNIE WELLER and HENRY WELLER, as Administrators, etc., of REUBEN WELLER, Deceased, Defendants, Appellants. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.— Appeal from order, granting motion of the Hartford Accident and Indemnity Company to be substituted as a party plaintiff, unanimously dismissed. Order denying motion of defendants Fannie Weller and Henry Weller, as administrators, etc., to vacate order dated September 24, 1937, unanimously reversed, with twenty dollars costs and disbursements to the appellants, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NORAH T. BARRY, Respondent, v. FIRST NATIONAL BANK OF MOUNT VERNON, NEW YORK, as Administrator c. t. a. of the Last Will and Testament of CHARLOTTE K. GEORGES, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to dismiss the appeal.

ALEXANDER F. WHITNEY, as President, and GEORGE W. ANDERSON, as Treasurer of Brotherhood of Railroad Trainmen, an Unincorporated Association, and CLAUD H. FOSTER, Appellants, v. CHEMICAL BANK & TRUST COMPANY and Others, Respondents.— Order, so far as appealed from, unanimously modified by directing examination of Irving Trust Company by H. A. Matthews, and the Discount Corporation of New York by Thomas G. Schaedle and John L. MacFarlane, assistant treasurers, in addition to the other officers named, and as so modified affirmed, without costs. No opinion. The dates for the examinations to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MEYER H. LAVENSTEIN, Appellant, v. CONTINENTAL CASUALTY COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PROVIDENT TRUST COMPANY OF PHILADELPHIA, a Corporation, and Others, Respondents, v. GALLUP AMERICAN COAL CORPORATION, a Corporation, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.

STARKIE HOLDING CORPORATION, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Defendant. CHILDREN'S BUS SERVICE, INC., Intervening Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of MILLARD U. ROBERTS, Claim No. S. & M. 155, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, Respondent.